In the Matter of HUNTINGTON HEBREW CONGREGATION OF HUNTINGTON, Respondent, v MELVYN TANENBAUM, Appellant, and SPLIT ROCK DEVELOPERS, INC., Respondent, et al., Respondent.

Submitted September 21, 2009; decided November 24, 2009

Reported below, 62 AD3d 704; 2009 NY Slip Op 79897(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying renewal, reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.